IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00492-DDD-KAS

CARLOS IVAN TAFOYA BARRIOS,

    Petitioner,

v.

JUAN BALTASAR, Warden, Aurora ICE Processing Center,
TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement,
KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, and
PAM BONDI, Attorney General of the United States in their official capacities,

    Respondents.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on the Notice of Entry of Appearance and Substitution of Counsel [#10]. The Court construes the Notice [#10] as a motion to substitute counsel (the "Motion to Substitute Counsel").

IT IS HEREBY **ORDERED** that the Motion to Substitute Counsel [#10] is **DENIED**. Under the Local Rules, substitutions of counsel are not permitted. Instead, the Local Rules require separate entries of appearances and withdrawals. *See* D.C.COLO.LAttyR 5(a) (regarding appearances), 5(b) (regarding withdrawals). Accordingly, Attorney Leanne Hightower should file a separate motion to withdraw as counsel for Petitioner. Attorney Ginger Geissinger should file a separate entry of appearance for Petitioner.

Dated: June 1, 2026