IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 26-cv-00492-DDD-KAS

CARLOS IVAN TAFOYA BARRIOS,

     Petitioner,

v.

JUAN BALTASAR, Warden, Aurora ICE Processing Center,
TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement,
KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, and
PAM BONDI, Attorney General of the United States in their official capacities,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed June 23, 2026, by the Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the Order to Show Cause why the application for a writ of habeas corpus should not be granted, Doc. 6, is DISCHARGED, and the Order to Show Cause why this case should not be dismissed, Doc. 12, is MADE ABSOLUTE. It is further

ORDERED that the Petition for Writ of Habeas Corpus Doc. 2, is DISMISSED WITHOUT PREJUDICE as moot, for failure to serve, and for failure to prosecute or to comply with a court order. See Fed. R. Civ. P. 4(m), 41(b); Local Civ. R. 41.1. It is

further

ORDERED Petitioner's Motion for Temporary Restraining Order and/or

Preliminary Injunction is DENIED AS MOOT. It is further

ORDERED that the Clerk of Court is DIRECTED to close this case.

DATED at Denver, Colorado this 23rd day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ M. Smotts

M. Smotts,
Deputy Clerk